United States Bankruptcy Court
Southern District of Iowa

In re:  Case No. 22-00194-lmj
Aaron M Fitzgerald  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4     User: auto     Page 1 of 3
Date Rcvd: Jul 26, 2023     Form ID: NTCBDBK     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aaron M Fitzgerald, 107 Fisher St, Hiawatha, IA 52233-1620 |
| 802545737 | + | Amanda Fitzgerald, 2318 Tallgrass Dr, Marion, IA 52302-9079 |
| 802545742 | | Citi Bank, PO Box 5270, Portland, OR 97208-5270 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2023 01:25:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlnigton, TX 76096-3853 |
| cr | + | Email/Text: bankruptcy@gurstel.com | Jul 27 2023 01:25:00 | American Express National Bank, c/o Grustel Law Firm PC, 6681 Country Club Drive, Minneapolis, MN 55427-4601 |
| cr | | Email/Text: bkdesk@greenstate.org | Jul 27 2023 01:25:00 | GreenState Credit Union, PO Box 800, North Liberty, IA 52317 |
| 802550268 | | Email/Text: bnc@atlasacq.com | Jul 27 2023 01:25:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 802551817 | | Email/Text: bnc@atlasacq.com | Jul 27 2023 01:25:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 802546437 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2023 01:25:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 802545738 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 27 2023 01:25:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 802549786 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 01:35:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 802545739 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 01:35:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 802545740 | + | Email/Text: bk@dlflaw.com | Jul 27 2023 01:25:00 | Ashley Marie Sanfilippo, DOBBERSTEIN LAW FIRM LLC, 225 S EXECUTIVE DRIVE SUITE 201, Brookfield, WI 53005-4257 |
| 802545744 | | Email/Text: bkdesk@greenstate.org | Jul 27 2023 01:25:00 | GreenState CU, Attn: Bankruptcy, Po Box 800, North Liberty, IA 52317 |
| 802545743 | + | Email/Text: bkdesk@greenstate.org | Jul 27 2023 01:25:00 | Greenstate Credit Unio, 2355 Landon Rd, North Liberty, IA 52317-6508 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 802545741 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 01:24:44 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 802549624 | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 01:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 802545745 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 01:24:48 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 802546498 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 01:24:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 802545746 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 01:24:44 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 802545747 | + | Email/Text: shinz@pbalawfirm.com | Jul 27 2023 01:25:01 | Stephanie L Hinz, 1800 First Ave. NE Ste 200, P.O. Box 74170, Cedar Rapids, IA 52407-4170 |
| 802551824 | + | Email/Text: rhonda@wecollectmore.com | Jul 27 2023 01:25:00 | Tri State Adjustments, Inc., c/o A 1 Storage and Crane Service, PO Box 3219, La Crosse, WI 54602-3219 |
| 802545748 | + | Email/Text: rhonda@wecollectmore.com | Jul 27 2023 01:25:00 | Tri-State Adjustments, Attn: Bankruptcy, 3439 East Avenue South, La Crosse, WI 54601-7241 |
| 802545749 | ^ | MEBN | Jul 27 2023 01:20:31 | UHG I LLC, 6400 Sheridan Drive, Ste 138, Williamsville, NY 14221-4842 |
| 802545751 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2023 01:25:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | UHG I LLC, 6400 Sheridan Drive, Suite 138, Williamsville, NY 14221-4842 |
| 802547952 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 802545750 | ##+ | Unite Private Networks, 7200 NW 86th Street Ste. M, Kansas City, MO 64153-2262 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carol F Dunbar, | ssteffen@iowachapter13.com mweber@iowachapter13.com;cdunbar13dm@ecf.epiqsystems.com;trusteeIASB1W@ecf.epiqsystems.com |
| Christopher Pech | on behalf of Creditor GreenState Credit Union christopherpech@uiccu.org |
| Deanna R Bachman, | on behalf of Trustee Carol F Dunbar dbachman@iowachapter13.com |
| Samuel Z Marks | on behalf of Debtor Aaron M Fitzgerald office@markslawdm.com andreaskr49092@notify.bestcase.com |
| Stephanie L Hinz | on behalf of Creditor Unite Private Networks LLC SHinz@pbalawfirm.com, dmyhre@pbalawfirm.com;reception@pbalawfirm.com;cupdegraff@pbalawfirm.com |
| United States Trustee | USTPRegion12.DM.ECF@usdoj.gov |

TOTAL: 6

In the Matter of:  Case No. 22−00194−lmj13

Aaron M Fitzgerald

Debtor(s)

## ORDER AND NOTICE OF BAR DATE

The following docket text and Notice of Bar Date result from the indicated document(s) filed in the above captioned case:

> **Notice of Bar Date for Objections (RE: related document(s)42 Motion to Sell Free and Clear Pursuant to Section 363(f); Fee Amount $ 188 filed by Debtor Aaron M Fitzgerald) Objections Due By 8/9/2023. (tls)**

**NOTICE IS GIVEN that** objections to the above referenced matter must be filed by the date referenced in the above docket text. Objections, if any, shall be filed with the Clerk, U.S. Bankruptcy Court. Said objections must include proof of service on all appropriate parties as required by the Federal Rules of Bankruptcy Procedure.

**NOTICE IS FURTHER GIVEN that** only timely and substantive objections will be set for hearing by separate notice. Otherwise an appropriate order will be entered without further notice and hearing.

**IT IS THEREFORE ORDERED that** this notice supersedes any other bar date notice the filer may have served for this matter and all parties receiving this notice shall govern themselves accordingly.

**IT IS FURTHER ORDERED that** a party who has not already received the document(s) indicated above may request such document(s) from the filer (if review of the content is absolutely necessary in determining whether to file an objection to the above referenced matter) and the filer shall comply promptly with such request.

Judge Lee M. Jackwig
United States Bankruptcy Judge